■ The People of the State of New York, Respondent, v Jose Ortega, Appellant. [26 NYS3d 852]—Order, Supreme Court, Bronx County (John W. Carter, J.), entered or about May 5, 2015, which adjudicated defendant a level one sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's challenge to his designation as a sexually violent

offender is unpreserved and we decline to review it in the interest of justice. In any event, the court properly designated defendant a sexually violent offender because he was convicted of an enumerated sexually violent offense, and the court lacked discretion to do otherwise (*see People v Bullock*, 125 AD3d 1 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). We decline to revisit our holding in *Bullock*. Defendant's due process arguments are similarly unpreserved and unavailing. Concur—Tom, J.P., Friedman, Saxe and Gische, JJ.